UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23 MJ 9064 RHH ) |
| DEVION X. GORDON, | ) ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and J. Christian Goeke, Assistant United States Attorneys for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged by complaint with Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1) an offense for which a maximum term of imprisonment of ten years or more, Possession of a Firearm in Connection with a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c) and being a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 15-year imprisonment is prescribed under Title 18.

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person

and the community.

3. In late winter 2022, members of the Federal Bureau of Investigation (FBI) and St. Louis Metropolitan Police Department began investigation of Defendant regarding the distribution of fentanyl and cocaine base. On May 9, 2023, a federal search warrant was executed at 6219 Julian Avenue, St Louis, Missouri, 63133. Gordon was found at the residence and a search of the residence revealed a loaded Glock semi-automatic pistol, four (4) digital scales, two (2) blenders with purple and white residue, containers of cutting agents Dormin and Mannitol, boxes of plastic bags, empty blue and red capsules, two (2) notebooks containing names, numbers, emails and dollar amounts owed and paid from different individuals, approximately 961 grams of suspected fentanyl, approximately 700 grams of suspected cocaine base that was field tested and tested positive for cocaine base and approximately $18,000 in US currency.

4. The defendant's criminal history and the nature and circumstances of the offense charged, which included possession of a large amount of narcotics and paraphernalia consistent with the manufacture and distribution of narcotics and a firearm and the nature of his criminal history which includes a prior convictions for Burglary First, Burglary Second, Resisting Arrest and Unlawful Use of a Weapon-Flourishing- which constitutes a crime of violence, reflects that there is a serious danger to the community that would be posed by the defendant's release.

[INTENTIONALLY LEFT BLANK]

5.        Due to the weight of the evidence against defendant and defendant's history and characteristics, there is a serious risk that the defendant will flee.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ J. Christian Goeke*
J. CHRISTIAN GOEKE, #39462(MO)
Assistant United States Attorney